UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

|  |  |
|---|---|
| In re: | ) |
|  | ) |
|  | ) CASE NO.  20-11814-LMI |
| Henny Cristobol, | ) |
|  | ) JUDGE Laurel M Isicoff |
| Debtor. | ) |
|  | ) |

**NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING MR. COOPER NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE COVID-19 PANDEMIC**

Now comes Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing, by and through undersigned counsel, and hereby submits Notice to the Court of the Debtor's request for mortgage payment forbearance based upon a material financial hardship caused by the COVID-19 pandemic.

The Debtor recently contacted Creditor requesting a forbearance period of 3 months and has elected to not tender mortgage payments to Creditor that would come due on the mortgage starting 07/01/2020 through 09/01/2020. Creditor holds a secured interest in real property commonly known as 8200 SW 142 AVE MIAMI, FLORIDA 33186 as evidenced by Claim 5-2 on the Court's claim register. Creditor, at this time, does not waive any rights to collect the payments that come due during the forbearance period. If the Debtor desires to modify the length of the forbearance period or make arrangements to care for the forbearance period arrears, Creditor asks that the Debtor or Counsel for the Debtor make those requests through undersigned counsel.

Per the request, Debtor will resume Mortgage payments beginning 10/01/2020 and will be required to cure the delinquency created by the forbearance period (hereinafter "forbearance

arrears"). Creditor has retained undersigned counsel to seek an agreement with Debtor regarding the cure of the forbearance arrears and submit that agreement to the Court for approval. If Debtor fails to make arrangements to fully cure the forbearance arrears, Creditor reserves it rights to seek relief from the automatic stay upon expiration of the forbearance period.

Robertson, Anschutz, & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487
Telephone: (470) 321-7112

By: /s/Keith Labell
Keith Labell, Esq.
Email: klabell@rasflaw.com

## **CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing *Notice of Debtor's Request for Forbearance* was served upon the following parties in the following fashion on this 21st day of September 2020.:

**Henny Cristobol**
**8200 SW 142 Ave**
**Miami, FL 33183**

And via electronic mail to:

**Jose P Funcia**
**9555 N Kendall Dr. #211**
**Miami, FL 33176**

**Nancy K. Neidich**
**www.ch13miami.com**
**POB 279806**
**Miramar, FL 33027**

**Office of the US Trustee**
**51 S.W. 1st Ave.**
**Suite 1204**
**Miami, FL 33130**

        Robertson, Anschutz, & Schneid, P.L.
        Authorized Agent for Secured Creditor
        6409 Congress Avenue, Suite 100
        Boca Raton, FL 33487
        Telephone: (470) 321-7112

        By: /s/Kory Jarzyk
        kjarzyk@rascrane.com