UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                )
                                      )
                                      ) CASE NO.  20-11814-LMI
Henny Cristobol                       )
                                      ) JUDGE Laurel M Isicoff
        Debtor.                       )
                                      )

**NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE COVID-19 PANDEMIC**

Now comes Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Creditor"), by and through undersigned counsel, and hereby submits Notice to the Court of the Debtor's request for mortgage payment forbearance based upon a material financial hardship caused by the COVID-19 pandemic.

The Debtor recently contacted Creditor requesting a forbearance period of 3 months and has elected to not tender mortgage payments to Creditor that would come due on the mortgage starting January 1, 2021 through March 1, 2021. Creditor holds a secured interest in real property commonly known as 8200 SW 142 Ave, Miami, Florida 33186 as evidenced by claim number 5-2 on the court's register. Creditor, at this time, does not waive any rights to collect the payments that come due during the forbearance period. If the Debtor desires to modify the length of the forbearance period or make arrangements to care for the forbearance period arrears, Creditor asks that the Debtor or Counsel for the Debtor make those requests through undersigned counsel.

Per the request, Debtor will resume Mortgage payments beginning April 1, 2021 and will be required to cure the delinquency created by the forbearance period (hereinafter "forbearance arrears"). Creditor has retained undersigned counsel to seek an agreement with Debtor regarding

the cure of the forbearance arrears and submit that agreement to the Court for approval. If Debtor fails to make arrangements to fully cure the forbearance arrears, Creditor reserves it rights to seek relief from the automatic stay upon expiration of the forbearance period.

    Robertson, Anschutz, Schneid, Crane & Partners, PLLC
    Authorized Agent for Secured Creditor
    6409 Congress Avenue, Suite 100
    Boca Raton, FL 33487
    Telephone: (470) 321-7112
    By: /s/Christopher P. Salamone
    Christopher P. Salamone, Esquire
    Florida Bar Number: 75951
    Email: csalamone@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 28, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

**Henny Cristobol**
**8200 SW 142 Ave**
**Miami, FL 33183**

And via electronic mail to:

**Jose P Funcia**
**9555 N Kendall Dr. #211**
**Miami, FL 33176**

**Nancy K. Neidich**
**www.ch13miami.com**
**POB 279806**
**Miramar, FL 33027**

**Office of the US Trustee**
**51 S.W. 1st Ave.**
**Suite 1204**
**Miami, FL 33130**

By: /s/ Taylor Stevens