UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                              CASE No. 20-11814-BKC-LMI
HENNY CRISTOBOL                                     Chapter 13
    Debtor
_____/

## MOTION TO REINSTATE CHAPTER 13 CASE

The Debtor, Henny Cristobol, by and through undersigned counsel, moves this honorable court for an Order Reinstating Chapter 13 Case and in support thereof the Debtor states the following:

1. Debtor filed for bankruptcy protection on February 11, 2020.
2. On July 22, 2022, Nancy K. Neidich, Trustee filed a Notice of Non-Compliance for failure of the Debtor to become current with his chapter 13 plan payments. Subsequently, on July 25, 2022, the Court issued an Order dismissing this case.
3. The Debtor had encountered economic difficulties and could not make the payments on time.
4. The Debtor has now collected the funds required to become current with his Chapter 13 Plan and would like the opportunity to reinstate his case.
5. The granting of this motion would not prejudice any creditor.

WHEREFORE the Debtor requests that this court enter an Order Reinstating Chapter 13 Case.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090- 1(A)

### CERTIFICATION OF FUNDS DUE

I undersigned affirms that the Debtors have furnished funds totaling $0.00 good towards the payment of the Debtors plan to Miller and Funcia, P.A. and that these funds are ready for disbursement.

Dated this 4th day of August 2022.

Respectfully submitted,
Miller & Funcia, P.A.
13190 SW 134 Street, Ste 105
Miami, FL 33186
Phone: 305-274-2922
Fax:   305-273-8734
_____/s/_____
Jose P. Funcia, Esq. – FBN 698210

## CERTIFICATE OF SERVICE AND
## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 9073-1(D)

I certify that true copies of DEBTOR'S MOTION TO REINSTATE CHAPTER 13 CASE and COURT GENERATED NOTICE OF HEARING was served on August 4, 2022 as follows:

*Electronically*

Jose P Funcia on behalf of Debtor Henny Cristobol
millerfunciaecf2@gmail.com,, millerandfunciapa@ecf.inforuptcy.com

Neisi I Garcia Ramirez on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing
Neisi.GarciaRamirez@mccalla.com, FLBKECF@mccalla.com,mccallaecf@ecf.courtdrive.com

Cassandra Jeffries on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing
cjeffries@mwc-law.com, FLBkyPleadings@mwc-law.com;FLBKECF@mwc-law.com

Keith S Labell on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing
klabell@raslg.com, klabell@raslg.com

Nancy K. Neidich
e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Christopher P Salamone on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing
csalamone@raslg.com, csalamone@raslg.com

Mukta Suri on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing
Mukta.Suri@BonialPC.com, Notices.Bonial@ecf.courtdrive.com

*Via First Class Mail*

To all other interested parties on the attached service list - Matrix

        Respectfully submitted,
        Miller & Funcia, P.A.
        13190 SW 134 Street, Ste 105
        Miami, FL 33186
        Phone: 305-274-2922
        Fax:    305-273-8734
        /s/
        Jose P. Funcia, Esq.
        FBN 0698210