```
Label Matrix for local noticing          Synchrony Bank                            Alberto Fernandez
113C-1                                   PRA Receivables Management, LLC           7901 SW 132 Ave
Case 20-11814-LMI                        PO Box 41021                              Miami, FL 33183-4270
Southern District of Florida             Norfolk, VA 23541-1021
Miami
Sat May 23 11:38:51 EDT 2020

Bank of America                          Bank of America, N.A.                     Barclays Bank Delaware
4909 Savarese Circle                     P O Box 982284                            P.o. Box 8803
Fl1-908-01-50                            El Paso, TX 79998-2284                    Wilmington, DE 19899-8803
Tampa, FL 33634-2413


Capital One                              Capital One Bank (USA), N.A.              Chase Mortgage
Attn: Bankruptcy                         by American InfoSource as agent           Chase Records Center/Attn: Correspondenc
Po Box 30285                             PO Box 71083                              Mail Code LA4 5555   700 Kansas Ln
Salt Lake City, UT 84130-0285            Charlotte, NC  28272-1083                 Monroe, LA 71203


Honorable Eric Holder                    Internal Revenue Serive                   (p)INTERNAL REVENUE SERVICE
Attorney General of the United States    POB 7317                                  CENTRALIZED INSOLVENCY OPERATIONS
Department of Justice Room 4400          Philadelphia, PA 19101-7317               PO BOX 7346
950 Pennsylvania Avenue, NW                                                        PHILADELPHIA PA 19101-7346
Washington, DC 20530-0001


LVNV Funding, LLC                        LendingClub                               NewRez LLC
Resurgent Capital Services               Attn: Bankruptcy                          d/b/a Shellpoint Mortgage Servicing
PO Box 10587                             595 Market St, Ste 200                    PO Box 10826
Greenville, SC 29603-0587                San Francisco, CA 94105-2807              Greenville, South Carolina 29603-0826


Office of the US Trustee                 (p)PORTFOLIO RECOVERY ASSOCIATES LLC      Prosper Funding LLC
51 S.W. 1st Ave.                         PO BOX 41067                              221 Main Street
Suite 1204                               NORFOLK VA 23541-1067                     Suite 300
Miami, FL 33130-1614                                                               San Francisco, CA 94105-1909


SBA                                      Shellpoint Mortgage Servicing             Special Assistant U.S. Attorney
POB 3918                                 Attn: Bankruptcy                          Associate Area Counsel
Redondo Beach, CA 90277-1724             Po Box 10826                              1114 Claude Pepper Federal Bldg
                                         Greenville, SC 29603-0826                 POB 9 -Stop 8000   51 SW 1st Ave
                                                                                   Miami, FL 33130


Special Assistant United States          Synchrony Bank/BRMart                     (p)TOYOTA MOTOR CREDIT CORPORATION
Associates Area Counsel (SBSE)           Attn: Bankruptcy                          PO BOX 8026
1000 S Pine Island Road                  Po Box 965060                             CEDAR RAPIDS IA 52408-8026
Suite 300                                Orlando, FL 32896-5060
Fort Lauderdale, FL 33324-3910


US Depart of Justice                     Henny Cristobol                           Jose P Funcia
Matthew G. Whitaker, Attorney General    8200 SW 142 Ave                           9555 N Kendall Dr. #211
950 Pennsylvania Ave, N.W. Room 4400     Miami, FL 33183-4019                      Miami, FL 33176-1978
Washington, DC 20530-0001


Nancy K. Neidich
www.ch13miami.com
POB 279806
Miramar, FL 33027-9806
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>7850 SW 6th Court<br>M/S 5730<br>Fort Lauderdale, FL 33324 | (d)Internal Revenue Service<br>Insolvenecy Support Group<br>Unit 1 Stop 5730<br>7850 SW 6 Court Rm 165<br>Fort Lauderdale, FL 33324 | (d)Internal Revenue Service<br>POB 17167<br>Fort Lauderdale, FL 33318 |
| Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 | Toyota Financial Services<br>Attn: Bankruptcy Dept<br>Po Box 8026<br>Cedar Rapids, IA 52409 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)NewRez LLC d/b/a Shellpoint Mortgage Servi     (u)Miami

End of Label Matrix
Mailable recipients    27
Bypassed recipients     2
Total                  29